PHILIP W. WRENN et al., Doing Business under the Name of WRENN BROTHERS & Co., Respondents, *v.* RAY MOSKIN, as Executrix of JULIUS MOSKIN, Deceased, Appellant, Impleaded with Another.

(Argued June 13, 1933; decided July 11, 1933.)

*David L. Podell, Benjamin M. Kaye, Herman Shulman* and *Nathaniel H. Jackson* for appellant.

*Caruthers Ewing* and *Stanhope Foster* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS. J.